## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**NATASHA LEJEUNE**                          **CIVIL ACTION NO.  6:19-CV-01270**

**VERSUS**                                   **JUDGE DAVID C. JOSEPH**

**THE PRUDENTIAL INSURANCE**                 **MAGISTRATE JUDGE CAROL B.**
**COMPANY OF AMERICA**                       **WHITEHURST**

### MEMORANDUM RULING

Before the Court is PLAINTIFF'S APPEAL FROM, AND OBJECTION TO MAGISTRATE JUDGE'S ORDER REMANDING CASE TO PRUDENTIAL FOR FURTHER REVIEW AND SUPPORTING MEMORANDUM [Doc. 54] objecting to the January 4, 2021 Order of Magistrate Judge Carol B. Whitehurst [Doc. 53]. Finding this matter ripe for ruling, the Court orders as follows:

1)  Because the Magistrate Judge's remand to the plan administrator would result in an involuntary dismissal of proceeding, albeit without prejudice, the Magistrate Judge's Order [Doc. 53] shall be deemed a Report and Recommendation under the provisions of 28 U.S.C. § 636. Accordingly, PLAINTIFF'S APPEAL FROM, AND OBJECTION TO MAGISTRATE JUDGE'S ORDER REMANDING CASE TO PRUDENTIAL FOR FURTHER REVIEW AND SUPPORTING MEMORANDUM (the "Objection") [Doc. 54] is herein treated as an objection to the Report and Recommendation.

2)  After a *de novo* review of the record and concurring with the Magistrate Judge's findings under the applicable law, the Court overrules Plaintiff's Objection and adopts the Report and Recommendation, except as specified herein. Accordingly, this matter is REMANDED to the defendant in its capacity as the plan administrator for a full and fair review of the entirety of the Administrative Record.

3)   The Court further orders the following:

   a.  Because: (i) it has been nearly three years since the death of the insured under the subject life insurance policy, and (ii) Prudential has been dilatory in providing Plaintiff documents and otherwise

appropriately performing its duties as the ERISA Plan Administrator, Prudential is HEREBY ORDERED to conduct its full and fair review of the Administrative Record within sixty (60) days of this Order;

b. IT IS FURTHER ORDERED that when the full and fair review of the Administrative Record is complete, Prudential shall: (i) expeditiously notify counsel for the Plaintiff and the Court of its findings, and (ii) file into the record in this proceeding such findings as well as the entirety of the Administrative Record upon which the full and fair review is based;

c. IT IS FURTHER ORDERED that this proceeding shall remain an open matter in this Court during the pendency of the Defendant's full and fair review of the Administrative Record;

d. IT IS FURTHER ORDERED that should this matter not be resolved during the Administrative Review process, the parties shall contact the Court to expeditiously set this matter for a bench trial on the merits.

THUS, DONE AND SIGNED in Chambers on this 10th day of February, 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE